IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Carper, Charles Randall | Case Number: 04 B 15780 |
|---|---|
|  | Judge: Wedoff, Eugene R |
| Printed: 5/13/08 | Filed: 4/21/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: May 8, 2008
Confirmed: June 17, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 11,131.79 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 8,359.81 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,194.00 |
| Trustee Fee: |  | 577.98 |
| Other Funds: |  | 0.00 |
| Totals: | 11,131.79 | 11,131.79 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | MGM Law Offices | Administrative | 2,194.00 | 2,194.00 |
| 2. | ECast Settlement Corp | Unsecured | 910.04 | 910.04 |
| 3. | United States Dept Of Education | Unsecured | 6,767.21 | 6,767.21 |
| 4. | Resurgent Capital Services | Unsecured | 232.03 | 232.03 |
| 5. | Resurgent Capital Services | Unsecured | 107.10 | 107.10 |
| 6. | Emerge Mastercard | Unsecured | 293.48 | 293.48 |
| 7. | Capital One | Unsecured | 49.95 | 49.95 |
| 8. | Adler & Associates Ltd. | Unsecured |  | No Claim Filed |
| 9. | Direct Merchants Bank | Unsecured |  | No Claim Filed |
| 10. | Resurgent Capital Services | Unsecured |  | No Claim Filed |
| 11. | Resurgent Capital Services | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 10,553.81 | $ 10,553.81 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 26.04 |
| 6.5% | 67.77 |
| 3% | 11.59 |
| 5.5% | 219.64 |
| 5% | 37.25 |
| 4.8% | 72.95 |
| 5.4% | 142.74 |
|  | _____ |
|  | $ 577.98 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Carper, Charles Randall

Printed:  5/13/08

Case Number:  04 B 15780
Judge:  Wedoff, Eugene R
Filed:  4/21/04

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

